## <u>United States v. Kaufman</u>
### 04-40141-SAC
### Government's Case-in-Chief Exhibits

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|-----|----|---------|
| 1 | Big Board with Pictures of Victims from 118 W. 7th | | | | |
| 1A | Picture of AG | | | | |
| 1B | Picture of MH | | | | |
| 1C | Picture of LK | | | | |
| 1D | Picture of NM | | | | |
| 1E | Picture of JM | | | | |
| 1F | Picture of MO | | | | |
| 1G | Picture of KR | | | | |
| 1H | Picture of TR | | | | |
| 1I | Picture of BT | | | | |
| 2 | Big Board with Pictures of Victims from 321 W. 8th | | | | |
| 2A | Picture of JA | | | | |
| 2B | Picture of RB | | | | |
| 2C | Picture of GC | | | | |
| 2D | Picture of PC | | | | |
| 2E | Picture of DH | | | | |
| 2F | Picture of JJ | | | | |
| 2G | Picture of PL | | | | |
| 2H | Picture of EW | | | | |
| 2I | Picture of AW | | | | |
| 3 | Big Board with Pictures of 413 Broadway and Farm | | | | |
| 4 | Summary Chart of Total Medicare Claims and Payments | | | | |
| 5 | Summary Chart of Health Care Fraud Overt Acts | | | | |
| 5A | Copy of HCFA 1500 for MH dated 9/15/97, in the amount of $2,000.00 (redacted) | | | | |
| 5B | Copy of HCFA 1500 for PL dated 11/21/97, in the amount of $33,600.00 (redacted) | | | | |

1

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|-----|-----|-----|---------|
| 5C | Copy of HCFA 1500 for AG dated 12/12/97, in the amount of $8,960.00 (redacted) | | | | |
| 5D | Copy of HCFA 1500 for MH dated 12/12/97, in the amount of $2,000.00 (redacted) | | | | |
| 5E | Copy of HCFA 1500 for MH dated 12/12/97, in the amount of $14,480.00 (redacted) | | | | |
| 5F | Copy of HCFA 1500 for TR dated 12/12/97, in the amount of $12,320.00 (redacted) | | | | |
| 5G | Copy of HCFA 1500 for JA dated 12/22/97, in the amount of $16,680.00 (redacted) | | | | |
| 5H | Copy of HCFA 1500 for GC dated 12/22/97, in the amount of $14,760.00 (redacted) | | | | |
| 5I | Copy of HCFA 1500 for BT dated 12/22/97, in the amount of $33,720.00 (redacted) | | | | |
| 5J | Copy of HCFA 1500 for JJ dated 12/30/97, in the amount of $4,420.00 (redacted) | | | | |
| 5K | Copy of HCFA 1500 for JJ dated 2/4/98, in the amount of $1,800.00 (redacted) | | | | |
| 5L | Copy of HCFA 1500 for MH dated 10/5/98, in the amount of $2,000.00 (redacted) | | | | |
| 5M | Copy of HCFA 1500 for MH dated 10/5/98, in the amount of $8,160.00 (redacted) | | | | |
| 5N | Copy of HCFA 1500 for MH dated 12/11/98, in the amount of $1,600.00 (redacted) | | | | |
| 5O | Copy of HCFA 1500 for MH dated 12/18/98, in the amount of $2,000.00 (redacted) | | | | |
| 5P | Copy of HCFA 1500 for AG dated 12/18/98, in the amount of $7,520.00 (redacted) | | | | |
| 5Q | Copy of HCFA 1500 for MH dated 11/10/99, in the amount of $2,000.00 (redacted) | | | | |
| 5R | Copy of HCFA 1500 for JA dated 12/26/99, in the amount of $17,560.00 (redacted) | | | | |
| 5S | Copy of HCFA 1500 for GC dated 12/26/99, in the amount of $16,360.00 (redacted) | | | | |
| 5T | Copy of HCFA 1500 for BT dated 12/26/99, in the amount of $16,920.00 (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 5U | Copy of HCFA 1500 for JJ dated 12/28/99, in the amount of $8,240.00 (redacted) | | | | |
| 5V | Copy of HCFA 1500 for KR dated 12/28/99, in the amount of $20,800.00 (redacted) | | | | |
| 6 | Summary Chart of Mail Fraud Overt Acts | | | | |
| 6A | Copy of December 27, 1995, Invoice for PL (redacted) | | | | |
| 6B | Copy of June 6, 1996, Invoice for PL (redacted) | | | | |
| 6C | Copy of October 16, 1996, Invoice for PL (redacted) | | | | |
| 6D | Copy of December 1996 Invoice for TR (redacted) | | | | |
| 6E | Copy of December 12, 1997, Invoice for AG (redacted) | | | | |
| 6F | Copy of March 30, 1998, Invoice for MH (redacted), with original envelope | | | | |
| 6G | Copy of October 8, 1998, Invoice for MH (redacted) | | | | |
| 6H | Copy of December 18, 1998, Invoice for AG (redacted) | | | | |
| 6I | Copy of December 26, 1998, Invoice for TR (redacted) | | | | |
| 6J | Copy of December 27, 1998, Invoice for MH (redacted) | | | | |
| 7 | Copy of HCFA 1500 for JA dated 12/30/99 in the amount of $28,400.00 (redacted) | | | | |
| 8 | Copy of HCFA 1500 for GC dated 12/30/99 in the amount of $23,720.00 (redacted) | | | | |
| 9 | Copy of HCFA 1500 for KR dated 12/30/99 in the amount of $29,440.00 (redacted) | | | | |
| 10 | Copy of HCFA 1500 for TR dated 12/30/99 in the amount of $30,160.00 (redacted) | | | | |
| 11 | Copy of HCFA 1500 for BT dated 12/30/99 in the amount of $27,440.00 (redacted) | | | | |
| 12 | Copy of HCFA 1500 for MH dated 1/10/00 in the amount of $2,480.00 (redacted) | | | | |
| 13 | Copy of HCFA 1500 for MH dated 2/11/00 in the amount of $1,920.00 (redacted) | | | | |
| 14 | Copy of HCFA 1500 for MH dated 12/8/00 in the amount of $20,680.00 (redacted) | | | | |
| 15 | Copy of HCFA 1500 for AG dated 12/10/00 in the amount of $18,360.00 (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|----|
| 16 | Copy of HCFA 1500 for AG dated 12/14/00 in the amount of $10,240.00 (redacted) | | | | |
| 17 | Copy of HCFA 1500 for KR dated 12/15/00 in the amount of $16,680.00 (redacted) | | | | |
| 18 | Copy of HCFA 1500 for BT dated 12/15/00 in the amount of $16,680.00 (redacted) | | | | |
| 19 | Copy of HCFA 1500 for GC dated 12/20/00 in the amount of $10,880.00 (redacted) | | | | |
| 20 | Copy of HCFA 1500 for JJ dated 12/20/00 in the amount of $2,680.00 (redacted) | | | | |
| 21 | Copy of HCFA 1500 for JJ dated 12/22/00 in the amount of $18,040.00 (redacted) | | | | |
| 22 | Copy of HCFA 1500 for JA dated 12/22/00 in the amount of $16,680.00 (redacted) | | | | |
| 23 | Copy of Check #6105 for $753.36 payable to Kaufman Treatment Center from LGH for MH, dated 3/20/00 (redacted) | | | | |
| 23A | Copy of Check #6016 for $973.09 payable to Kaufman Treatment Center from LGH for MH, dated 3/20/00 (redacted) | | | | |
| 24 | Copy of Invoice dated December 8, 2000 for MH (redacted) | | | | |
| 25 | Copy of December 2000 Invoice for TR (redacted) | | | | |
| 26 | Copy of Check #7652 for $3,482.49, payable to Kaufman Treatment Center, from BLR for TR, dated December 19, 2000  (redacted) | | | | |
| 27 | Copy of Check #6328 for $5,000.00, payable to Kaufman Treatment Center, from LDH for MH, dated December 27, 2000 (redacted) | | | | |
| 28 | Copy of Check #6385 for $450.00, payable to Kaufman Treatment Center, from LDH for MH, dated August 5, 2001 (redacted) | | | | |
| 29 | Copy of October 2, 2001, Invoice for MH (redacted) | | | | |
| 30 | Copy of Check #6407 for $7,000.00, payable to Kaufman Treatment Center, from LDH for MH, dated December 18, 2001 (redacted) | | | | |
| 31 | Copy of December 24, 2001, Invoice for TR (redacted) | | | | |
| 32 | Copies of documents Kaufmans submitted to Medicare on or about February 21, 2001<br>Copies of JA Documents (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 32A | Copies of GC Documents (redacted) | | | | |
| 32BC | Copies of AG Documents (redacted) | | | | |
| 32C | Copies of MH Documents (redacted) | | | | |
| 32D | Copies o f TR Documents (redacted) | | | | |
| 33 | Copy of June 10, 2000, Medicare Letter to Arlan Kaufman, requesting information for 12 beneficiaries (redacted) | | | | |
| 33A | Copy of August 25, 2000, Letter from defendant Arlan Kaufman to Medicare | | | | |
| 33B | Copy of January 15, 2001, Letter from Medicare to defendant Arlan Kaufman re: JA | | | | |
| 33C | Copy of January 15, 2001, Letter from Medicare to defendant Arlan Kaufman re: GC (redacted) | | | | |
| 33D | Copy of January 15, 2001, Letter from Medicare to defendant Arlan Kaufman re: AG (redacted) | | | | |
| 33E | Copy of January 8, 2001, Letter from Medicare to defendant Arlan Kaufman re: MH (redacted) | | | | |
| 33F | Copy of January 15, 2001, Letter from Medicare to defendant Arlan Kaufman re: KR (redacted) | | | | |
| 33G | Copy of January 15, 2001, Letter from Medicare to defendant Arlan Kaufman re: TR (redacted) | | | | |
| 33H | Copy of January 16, 2001, Letter from Medicare to defendant Arlan Kaufman re: BT (redacted) | | | | |
| 34 | Copy of Warranty Deed conveying 119 W. 8th Street | | | | |
| 34A | Copy of Warranty Deed conveying 321 W. 7th Street | | | | |
| 34B | Copy of Warranty Deed conveying 413 W. Broadway | | | | |
| 34C | Copy of Warranty Deed conveying 7130 N.W. Shumway | | | | |
| 35 | Summary Chart of Counts 7-22 | | | | |
| 36 | Summary Chart of Counts 23-31 | | | | |
| 37 | Summary Chart regarding payments for overt acts and Counts 7-22 | | | | |
| 37A | Microfiche copy of Medicare Check #8278302, dated October 27, 1997, in the amount of $668.13; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|-----|----|---------|
| 37B | Microfiche copy of Medicare Check #8354442, dated December 30, 1997, in the amount of $10,238.35; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37C | Microfiche copy of Medicare Check #9369854, dated January 12, 1998, in the amount of $2,845.57; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37D | Microfiche copy of Medicare Check #8374045, dated January 14, 1998, in the amount of $2,204.42; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37E | Microfiche copy of Medicare Check #8376049, dated January 15, 1998, in the amount of $240.38; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37F | Microfiche copy of Medicare Check #8378774, dated January 19, 1998, in the amount of $20,373.27; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37G | Microfiche copy of Medicare Check #8385115, dated January 23, 1998, in the amount of $955.45; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37H | Microfiche copy of Medicare Check #8386522, dated January 26, 1998, in the amount of $1,228.48; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37I | Microfiche copy of Medicare Check #8396501, dated February 3, 1998, in the amount of $130.63; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|-----|-----|-----|---------|
| 37J | Microfiche copy of Medicare Check #8435759, dated March 9, 1998, in the amount of $5,206.51; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37K | Microfiche copy of Medicare Check #8734875, dated November 2, 1998, in the amount of $701.96; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37L | Microfiche copy of Medicare Check #8821558, dated January 11, 1999, in the amount of $2,109.14; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37M | Microfiche copy of Medicare Check #8832781, dated January 18, 1998, in the amount of $2,972.55; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37N | Microfiche copy of Medicare Check #9235571, dated December 13, 1999, in the amount of $31.39; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37O | Microfiche copy of Medicare Check #9300069, dated January 31, 2000, in the amount of $24,300.32; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37P | Microfiche copy of Medicare Check #9300070, dated January 31, 2000, in the amount of $4,258.50; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37Q | Microfiche copy of Medicare Check #9309175, dated February 7, 2000, in the amount of $973.09; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 37R | Microfiche copy of Medicare Check #9353624, dated March 13, 2000, in the amount of $737.66 ; copy of Remittance Advice; Copies of Deposit Slip, deposited Medicare Check, Statement for Kaufman Treatment Center Account #184519 at First Bank of Newton (now Intrust Bank) (redacted) | | | | |
| 37S | Copy of February 23, 2001, Remittance Advice (redacted) | | | | |
| 37T | Copy of March 2, 2001, Remittance Advice (redacted) | | | | |
| 37U | Copy of March 5, 2001, Remittance Advice (redacted) | | | | |
| 37V | Copy of Medicare Check #9890653, dated Mary 21, 2001, in the amount of $11.87, copy of Remittance Advice (redacted) | | | | |
| 37W | Copy of February 17, 2003, Remittance Advice (redacted) | | | | |
| 37X | Copy of February 17, 2003, Remittance Advice (redacted) | | | | |
| 37Y | Copy of February 18, 2003, Remittance Advice (redacted) | | | | |
| 38 | Summary Chart regarding Daily Billings, 1997-2000 | | | | |
| 39 | Copy of March 9, 2001, Letter from Medicare to Dr. Wetzel | | | | |
| 40 | Copy of Dr. Wetzel's Report to Medicare, dated April 30, 2001 | | | | |
| 40A | Copy of Dr. Wetzel's Report Re: JA (redacted) | | | | |
| 40B | Copy of Dr. Wetzel's Report Re: GC (redacted) | | | | |
| 40C | Copy of Dr. Wetzel's Report Re: AG (redacted) | | | | |
| 40D | Copy of Dr. Wetzel's Report Re: MH (redacted) | | | | |
| 40E | Copy of Dr. Wetzel's Report Re: TR (redacted) | | | | |
| 41 | Excerpts from CPT Code Books 1990-2001 for psychotherapy | | | | |
| 41A | Excerpts from CPT Code Book 1990 | | | | |
| 41B | Excerpts from CPT Code Book 1991 | | | | |
| 41C | Excerpts from CPT Code Book 1992 | | | | |
| 41D | Excerpts from CPT Code Book 1993 | | | | |
| 41E | Excerpts from CPT Code Book 1994 | | | | |
| 41F | Excerpts from CPT Code Book 1995 | | | | |
| 41G | Excerpts from CPT Code Book 1996 | | | | |
| 41H | Excerpts from CPT Code Book 1997 and HCPCS Code Book 1997 | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|----|
| 41I | Excerpts from CPT Code Book 1998 and HCPCS Code Book 1998 | | | | |
| 41J | Excerpts from CPT Code Book 1999 | | | | |
| 41K | Excerpts from CPT Code Book 2000 | | | | |
| 41L | Excerpts from CPT Code Book 2001 | | | | |
| 42 | Excerpts from Medicare Provider Manual – Psychiatric Services Section, Rev. 1992 | | | | |
| 42A | Excerpts from Medicare Provider Manual – Psychiatric Services Section, Rev. 1995, 1996 | | | | |
| 42B | Excerpts from Medicare Provider Manual – Psychiatric Services Section, Rev. 1998, 2000 | | | | |
| 43 | Excerpts from Medicare Part B Medical Policy Manual for Individual Medical Psychotherapy | | | | |
| 44 | Copy of June 9, 1991, Application to Medicare from Arlan D. Kaufman | | | | |
| 44A | Copy of September 30, 1991, Letter from Medicare to Arlan D. Kaufman, making July 1, 1990, effective date of Medicare Provider number | | | | |
| 45 | Copy of December 28, 1994, Application to Medicare from Kaufman House Treatment Center | | | | |
| 48 | Excerpts from DSM IV | | | | |
| 48A | Excerpts from ICD-9-CM Expert | | | | |
| 49 | Copies of Blank HCFA 1500 forms with signatures of JA, AG, MH, RT, BT (redacted) | | | | |
| 50 | Copy of Arlan Kaufman's License dated September 6, 1998 | | | | |
| 50A | Copy of January 19, 2000, Letter from Arlan Kaufman to Mark Mathies | | | | |
| 50B | Copy of February 11, 2000, Memo from Arlan Kaufman to Phyllis Gilmore | | | | |
| 50C | Copy of February 15, 2000, Letter from Mark Mathies to Arlan Kaufman | | | | |
| 50D | Copy of February 25, 2000, Memo from Arlan Kaufman to Phyllis Gilmore | | | | |
| 50E | Copy of March 9, 2000, Letter from Phyllis Gilmore and Mark Mathies to Arlan Kaufman | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 50F | Copy of March 15, 2000, Letter to Phyllis Gilmore from Linda Kaufman | | | | |
| 50G | Copy of March 29, 2000, Letter from Mark Mathies to Arlan Kaufman (Notification, Report of Alleged Violation, 00-0024) | | | | |
| 50H | Copy of April 28, 2000, Letter from Arlan Kaufman to Mark Mathies | | | | |
| 50I | Copy of Note from AK re: allegations (response to 50G) | | | | |
| 50J | Copy of August 9, 2001, Emergency Agency Order from Behavioral Sciences Regulatory Board, Case No. 00-0024, suspending Arlan Kaufman's license | | | | |
| 51 | Copy of Internet Print-out regarding Linda Kaufman's Nursing License | | | | |
| 51A | Copy of February 18, 2004, Emergency Order of Suspension from Board of Nursing, Case No. 00-032-4 | | | | |
| 52 | Copy of July 18, 1984, Letter from SRS (Lindquist, Davidson) to Arlan Kaufman | | | | |
| 52A | Copy of October 10, 1984, Letter from Arlan Kaufman to SRS | | | | |
| 52B | Copy of December 4, 1986, Letter from SRS (Lindquist, Davidson) to Arlan Kaufman | | | | |
| 52C | Copy of January 21, 1987, Letter from SRS (Lindquist, Davidson) to Arlan Kaufman | | | | |
| 52D | Copy of January 22, 1987, Letter from Arlan Kaufman to SRS | | | | |
| 52E | Copy of January 30, 1987, Letter from SRS (Lindquist, Davidson) to Arlan Kaufman | | | | |
| 52F | Copy of March 9, 1987, Letter from SRS (Lindquist, Davidson) to Arlan Kaufman | | | | |
| 52G | Copies of Affidavits received by April 3, 1987 from JJ, EW, AW, TR, KR, PC | | | | |
| 52H | Copy of April 17, 1987, Memo from Lindquist to Kaufman | | | | |
| 52I | Copy of Kaufman Residential Treatment Center Information Sheet, received by SRS on April 20, 1987 | | | | |
| 52J | Copy of April 28, 1987, Letter to Dr. Joyetta Prost from Jean Davidson | | | | |
| 52K | Copy of May 6, 1987, Letter from SRS (Lindquist, Davidson) to Arlan Kaufman – you need a license | | | | |
| 52L | Copy of May 22, 1987, Letter from Dr. Prost to Jean Davidson | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 52M | Copy of June 4, 1987, Request for a Fair Hearing from Arlan Kaufman | | | | |
| 52N | Copy of June 8, 1987, Letter from SRS to Arlan Kaufman | | | | |
| 52O | Copy of September 26, 1987, Letter from Arlan Kaufman (responding to 5/22/87 Prost letter) | | | | |
| 52P | Copy of October 6, 1987, Letter from Dr. Prost to Jean Davidson | | | | |
| 52Q | Copy of July 14, 1988, Fair Hearing Decision | | | | |
| 52R | Copy of March 13, 1989, Decision of the State Appeals Committee | | | | |
| 52S | Copy of July 23, 1990, Shawnee County District Court Decision | | | | |
| 52T | Copy of Supreme Court Decision – Kaufman v. State of Kansas Dept. of Social and Rehabilitation Services, 248 Kan. 951, 811 P.2d 876 (1991) | | | | |
| 52U | Copy of August 10, 2001, Letter from Arlan Kaufman to Laura Lautt | | | | |
| 60 | Summary Chart of Social Security Representative Payee Payments Received for GC, AG, MH, JJ, BT | | | | |
| 60A | Summary Chart of Social Security Representative Payee Payments Received for GC | | | | |
| 60B | Summary Chart of Social Security Representative Payee Payments Received for AG | | | | |
| 60C | Summary Chart of Social Security Representative Payee Payments Received for MH | | | | |
| 60D | Summary Chart of Social Security Representative Payee Payments Received for JJ | | | | |
| 60E | Summary Chart of Social Security Representative Payee Payments Received for BT | | | | |
| 61 | Summary Chart of Social Security Benefits Paid to JA, JM, KR, TR | | | | |
| 61A | Summary Chart of Social Security Benefits Paid to JA | | | | |
| 61B | Summary Chart of Social Security Benefits Paid to AG | | | | |
| 61C | Summary Chart of Social Security Benefits Paid to JM | | | | |
| 61D | Summary Chart of Social Security Benefits Paid to KR | | | | |
| 61E | Summary Chart of Social Security Benefits Paid to TR | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 62 | Copy of A Guide for Representative Payees, April 1997 | | | | |
| 70 | Articles of Incorporation | | | | |
| 71 | Overview and History of Kaufman House | | | | |
| 72 | June 30, 1993 Newton County/Prairie Advisor Resource Guide | | | | |
| 75 | Summary Chart of Sources of Income | | | | |
| 76 | Records from Kaufman House Treatment Center Account at First Bank of Newton (Intrust Bank) – Account #184519 | | | | |
| 77 | Records from Kaufman House Treatment Center Account at Bank of America (Nations Bank) -- Account #333820017658 | | | | |
| 78 | Records from Defendants' Account at Commercial Federal Bank – Account #93521925 | | | | |
| 79 | Records from Defendants' Account at Bank of America (Nations Bank) – Account #69800013225 | | | | |
| 80 | Summary Chart regarding BT's Accounts | | | | |
| 81 | Records from BT's Account at Commercial Federal Bank – Account #92983401 | | | | |
| 82 | Records from BT's Account at World Savings Bank – Account #683679955 | | | | |
| 83 | Records from BT's Account at Bank IV – Account #319457 | | | | |
| 84 | Check #1024 | | | | |
| 90 | CV of Bonnie J. Buchele, Ph.D. | | | | |
| 91 | CV of William Walter Menninger, M.D. | | | | |
| 92 | CV of Jeffrey D. Richards | | | | |
| 93 | CV of Priscilla Scott Thralls, M.S.W. | | | | |
| 94 | CV of Martin Wetzel, M.D. | | | | |
| 100 | Original 8mm Video **14.01** | | | | |
| 100A | VHS Copy of Video 14.01 | | | | |
| 100B | Partial Transcript of Video 14.01 | | | | |
| 100C | Digitized Video 14.01 (3 CDs) | | | | |
| 101 | Original 8 mm Video **14.02** | | | | |
| 101A | VHS Copy of Video 14.02 | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 101B | Transcript of Video 14.02 | | | | |
| 101C | Digitized Video 14.02 (3 CDs) | | | | |
| 102 | Original 8 mm Video **14.03** | | | | |
| 102A | VHS Copy of Video 14.03 | | | | |
| 102B | Transcript of Video 14.03 | | | | |
| 102C | Digitized Video 14.03 (2 CDs) | | | | |
| 103 | Original 8 mm Video **14.04** | | | | |
| 103A | VHS Copy of Video 14.04 | | | | |
| 103B | Digitized Video (3 CDs) | | | | |
| 104 | Original 8mm Video **14.05** | | | | |
| 104A | VHS Copy of Video 14.05 | | | | |
| 104B | Transcript of Video 14.05 | | | | |
| 104C | Digitized Video 14.05 (3 CDs) | | | | |
| 105 | Original Video **38.04** | | | | |
| 105A | VHS Copy of Video 38.04 | | | | |
| 105B | Transcript of Video 38.04 | | | | |
| 105C | Digitized 38.04 | | | | |
| 106 | Original 8mm Video **38.05** | | | | |
| 106A | VHS Copy of Video 38.05 | | | | |
| 106B | Transcript of Video 38.05 | | | | |
| 106C | Digitized Video 38.05 (3 CDs) | | | | |
| 107 | Original 8mm Video **38.07** | | | | |
| 107A | VHS Copy of Video 38.07 | | | | |
| 107B | Transcript of Video 38.07 | | | | |
| 107C | Digitized Video 38.07 (3 CDs) | | | | |
| 108 | Original 8mm Video **38.08** | | | | |
| 108A | VHS Copy of Video 38.08 | | | | |
| 108B | Transcript of Video 38.08 | | | | |
| 108C | Digitized Video 38.08 (3 CDs) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 109 | Original 8mm Video **38.09** | | | | |
| 109A | VHS Copy of Video 38.09 | | | | |
| 109B | Digitized Video 38.09 (2 CDs) | | | | |
| 110 | Original 8mm Video **38.10** | | | | |
| 110A | VHS Copy of Video 38.10 | | | | |
| 110B | Digitized Video 38.10 (3 CDs) | | | | |
| 111 | Original 8mm Video **38.11** | | | | |
| 111A | VHS Copy of Video 38.11 | | | | |
| 111B | Digitized Video 38.11 (2 CDs) | | | | |
| 112 | Original 8mm Video **38.12** | | | | |
| 112A | VHS Copy of Video 38.12 | | | | |
| 112B | Transcript of Video 38.12 | | | | |
| 112C | Digitized Video 38.12 (3 CDs) | | | | |
| 113 | Original 8mm Video **38.13** | | | | |
| 113A | VHS Copy of Video 38.13 | | | | |
| 113B | Transcript of Video 38.13 | | | | |
| 113C | Digitized Video 38.13 (3 CDs) | | | | |
| 114 | Original 8mm Video **38.15** | | | | |
| 114A | VHS Copy of Video 38.15 | | | | |
| 114B | Digitized Video 38.15 (3 CDs) | | | | |
| 115 | Original 8mm Video **38.16** | | | | |
| 115A | VHS Copy of Video 38.16 | | | | |
| 115B | Digitized Video 38.16 | | | | |
| 116 | Original 8mm Video **38.18** | | | | |
| 116A | VHS Copy of Video 38.18 | | | | |
| 116B | Digitized Video 38.18 (3 CDs) | | | | |
| 117 | Original Video **38.23** | | | | |
| 117A | VHS Copy of Video 38.23 | | | | |
| 117B | Transcript of Video 38.23 | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|----|
| 117C | Digitized Video 38.23 (3 CDs) | | | | |
| 118 | Original VHS Video **38.25** | | | | |
| 118A | VHS Copy of Video 38.25 | | | | |
| 118B | Digitized Video 38.25 (3 CDs) | | | | |
| 119 | Original Video **38.29** | | | | |
| 119A | VHS Copy of Video 38.29 | | | | |
| 119B | Digitized Video 38.29 | | | | |
| 120 | Original Video **38.46** | | | | |
| 120A | VHS Copy of Video 38.46 | | | | |
| 120A | Digitized Video 38.46 (9 CDs) | | | | |
| 121 | Original VHS Video **38.49** | | | | |
| 121A | VHS Copy of Video 38.49 | | | | |
| 121B | Transcript of Video 38.49 | | | | |
| 121C | Digitized Video 38.49 (1 CD) | | | | |
| 122 | Original 8mm Video **41.02** | | | | |
| 122A | VHS Copy of Video 41.02 | | | | |
| 122B | Digitized Video 41.02 (3 CDs) | | | | |
| 123 | Original 8mm Video **41.04** | | | | |
| 123A | VHS Copy of Video 41.04 | | | | |
| 123B | Transcript of Video 41.04 | | | | |
| 123C | Digitized Video 41.04 (2 CDs) | | | | |
| 124 | Original Video **41.06** | | | | |
| 124A | VHS Copy of Video 41.06 | | | | |
| 124B | Digitized Video 41.06 (3 CDs) | | | | |
| 125 | Original 8mm Video **41.07** | | | | |
| 125A | VHS Copy of Video 41.07 | | | | |
| 125B | Transcript of Video 41.07 | | | | |
| 125C | Digitized Video 41.07 (3 CDs) | | | | |
| 126 | Original Video **43.06** | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 126A | VHS Copy of Video 43.06 | | | | |
| 126B | Digitized Video 43.06 | | | | |
| 127 | Original VHS Video **43.07** | | | | |
| 127B | VHS Copy of Video 43.07 | | | | |
| 127B | Digitized Video 43.07 (1 CD) | | | | |
| 128 | Original Video **43.08** | | | | |
| 128A | VHS Copy of Video 43.08 | | | | |
| 128B | Digitized Video 43.08 | | | | |
| 129 | Original VHS Video **43.09** | | | | |
| 129A | VHS Copy of Video 43.09 | | | | |
| 129B | Digitized Video 43.09 | | | | |
| 130 | Original Video **38.14** | | | | |
| 130A | VHS Copy of Video 38.14 | | | | |
| 130B | Digitized Video 38.14 | | | | |
| 131 | Original Video **38.21** | | | | |
| 131A | VHS Copy of 38.21 | | | | |
| 131B | Digitized Video 38.21 | | | | |
| 132 | Original Video **38.24** | | | | |
| 132A | VHS Copy of 38.24 | | | | |
| 132B | Digitized Video 38.24 | | | | |
| 133 | Original Video **37.1** | | | | |
| 133A | VHS Copy of 37.1 | | | | |
| 134 | Original Video **37.2** | | | | |
| 134A | VHS Copy of 37.2 | | | | |
| 135 | Original Video **37.3** | | | | |
| 135A | VHS Copy of 37.3 | | | | |
| 136 | Original Video **37.4** | | | | |
| 136A | VHS Copy of 37.4 | | | | |
| 137 | Original Video **37.5** | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 137A | VHS Copy of 37.5 | | | | |
| 138 | Original Video **37.6** | | | | |
| 138A | VHS Copy of 37.6 | | | | |
| 139 | Original Video **37.7** | | | | |
| 139A | VHS Copy of 37.7 | | | | |
| 140 | Original Video **37.8** | | | | |
| 140A | VHS Copy of 37.8 | | | | |
| 141 | Original Video **22.5** | | | | |
| 141A | VHS Copy of Video 22.5 | | | | |
| 142 | Original Video **22.6** | | | | |
| 142A | VHS Copy of Video 22.6 | | | | |
| 150 | Photo of nude BT, GC, KR, JA, MH, JM, TR | | | | |
| 151 | Photo of nude KR, GC | | | | |
| 152 | Photo of nude KR, TR, JA, JM | | | | |
| 153 | Photo of nude KR shaving nude BT | | | | |
| 154 | Photo of nude KR shaving nude BT (close up) | | | | |
| 155 | Photo of nude MH, BT, massaging nude KR | | | | |
| 156 | Photo of nude MH, BT, massaging nude KR | | | | |
| 157 | Photo of nude KR, BT, massaging nude MH | | | | |
| 158 | Photo of nude KR shaving nude BT | | | | |
| 159 | Close-up photo of male genitalia | | | | |
| 160 | Close-up photo of female genitalia | | | | |
| 161 | Photo of nude JA and BT having "phone sex" | | | | |
| 162 | Photo of nude MH working on farm | | | | |
| 163 | Photo of nude MH, KR working on farm | | | | |
| 164 | Photo of nude KR, MH, JA holding tree limbs | | | | |
| 165 | Photo of nude BT, MH painting outside | | | | |
| 166 | Photo of nude MH painting outside | | | | |
| 167 | Photo of nude BT painting outside | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|-----|----|---------|
| 168 | Photo of nude MH pulling nails outside | | | | |
| 169 | Photo of nude MH sawing limb | | | | |
| 170 | Photo of nude MH, JM sawing and pruning limb | | | | |
| 171 | Photo of nude MH, JM sawing and pruning limb | | | | |
| 172 | Photo of nude GC at farm | | | | |
| 173 | Photo of nude MH at farm | | | | |
| 174 | Photo of nude MH at farm | | | | |
| 175 | Photo of nude MH at farm | | | | |
| 176 | Photo of nude JM, GC, MH working at farm | | | | |
| 177 | Photo of nude JM, GC, MH working at farm | | | | |
| 178 | Photo of nude MH, KR at farm | | | | |
| 179 | Photo of MH exercising on back | | | | |
| 180 | Photo of MH exercising, standing | | | | |
| 181 | Photo of MH displaying genitalia | | | | |
| 182 | Photo of MH urinating | | | | |
| 183 | Photo of KR shaving JM | | | | |
| 184 | Photo of JA shaving KR | | | | |
| 185 | Photo of JM touching JA | | | | |
| 186 | Photo of JA sitting at table | | | | |
| 186A | Photo of JA sitting in yard | | | | |
| 186B | Photo of JA standing in yard | | | | |
| 186C | Photo of JA standing in house | | | | |
| 186D | Photo of JA standing in yard | | | | |
| 186E | Photo of JA lying on back on floor | | | | |
| 187 | Photo of JM with toy in hand | | | | |
| 187A | Photo of JA measuring JM's arm | | | | |
| 187B | Photo of JA measuring JM's leg | | | | |
| 187C | Photo of JA standing in front of valentine | | | | |
| 187D | Photo of JM lying on floor | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 188 | Photo of JA measuring KR's chest | | | | |
| 188A | Photo of KR showering in basement | | | | |
| 188B | Photo of KR by tree | | | | |
| 188C | Photo of KR on steps | | | | |
| 188D | Photo of KR sitting, exhibiting penis | | | | |
| 188E | Photo of KR standing, exhibiting penis | | | | |
| 188F | Photo of KR standing, exhibiting penis | | | | |
| 188G | Photo of KR lying on back masturbating | | | | |
| 200 | Copy of August 3, 1989, Order Appointing Guardian and Conservator for BT, Case No. 89-P-2276, Harvey County, Kansas (redacted) | | | | |
| 200A | Copy of June 20, 1989, Petition for Appointment of Guardian and Conservator for BT, Case No. 89-P-2276, Harvey County, Kansas (redacted) | | | | |
| 200B | Copy of June 22, 1989, Request for Appointment of Guardian for BT (redacted) | | | | |
| 200C | Copy of July 18, 1989, Letter from Dr. Yoder to Levi Goosen, re: BT (redacted) | | | | |
| 200D | Copy of July 27, 1989, Letter from Dr. Yoder to Levi Goosen, re: BT (redacted) | | | | |
| 200E | Copy of October 1994, Narrative Report re: BT by Arlan Kaufman, Case No. 89-P-2276 (redacted) | | | | |
| 201 | Copy of March 13, 1992, Defendant's Motion for an Order to Examine and Photograph Premises in Case No. 90-C-5867, Harvey County, Kansas (redacted) | | | | |
| 202 | Copies of Wichita Psychiatric Consultants Medical Records for BT (redacted) | | | | |
| 203 | Copies of Hertzler Clinic Medical Records for BT (redacted) | | | | |
| 204 | Copies of Prairie View Mental Health Center Medical Records for BT (redacted) | | | | |
| 205 | Copies of Topeka State Hospital Medical Records for BT (redacted) | | | | |
| 207 | Copy of BT Psychiatric Record (redacted) | | | | |
| 207 | Copy of January 2001 "A Social History and Progress Report of BT" (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 207A | Copy of Progress Notes for BT, January 3, 2000 - December 8, 2000 (redacted) | | | | |
| 208 | Copies of Asbury Hospital Medical Records for BT (redacted) | | | | |
| 209 | Copy of April 10, 1984, Letter from Arlan Kaufman to Ms. Debbie Berg re: BT (redacted) | | | | |
| 210 | Original of "Behavior Modification Program" Note for BT | | | | |
| 210A | Original of "B Schedule" Note for BT | | | | |
| 210B | Original of "Morning Group" Note for BT | | | | |
| 210C | Original of "Behavior Modification Program" Note for BT | | | | |
| 210D | Original of Rewards and Consequences Chart for BT | | | | |
| 210E | Copy of "BT - Behavior that needs to be changed" (redacted) | | | | |
| 210F | Copy of "BT - Behavior that needs to be changed" (redacted) | | | | |
| 210G | Copy of "BT - Behavior that needs to be changed" (redacted) | | | | |
| 210H | Copy of "BT - Behavior that needs to be changed" (redacted) | | | | |
| 210I | Copy of "BT - Behavior that needs to be changed" (redacted) | | | | |
| 210J | Copy of Note: "Do Not Loan B Cigarettes" | | | | |
| 211 | Original of May 17, 1988, Letter from Linda Kaufman to The Better Homes and Gardens Credit Department | | | | |
| 211A | Copy of May 17, 1988, Letter from Linda Kaufman to The Ladies Home Journal (redacted) | | | | |
| 212 | Original of May 15, 1984, Letter from Arlan Kaufman to Ms. Russell Coe re: BT | | | | |
| 213 | Copy of Kaufman House Financial Agreement dated January 29, 1981, for BT (redacted) | | | | |
| 214 | Copies of Pages from BT's notebook | | | | |
| | | | | | |
| 225 | Copies of Halstead Hospital Medical Records for MH (redacted) | | | | |
| 226 | Copies of Hertzler Medical Clinic Medical Records for MH (redacted) | | | | |
| 227 | Copy of February 17, 1989, Narrative Medical Report to Disability Determination and Referral Services for MH (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|----|
| 228 | Copy of Notes beginning with "MH is living in private housing" (redacted) | | | | |
| 229 | Original of "Mary Schedule" Note for MH | | | | |
| 229A | Original of "Structure" Note for MH | | | | |
| 229B | Original of "Rules for Mary H" Note for MH | | | | |
| 229C | Copy of "Promises" Note for MH (redacted) | | | | |
| 230 | Copy of May 1996 Incentive Agreement for MH (redacted) | | | | |
| 231 | Copy of August 6, 1999, Notes beginning with "People talking about her" (redacted) | | | | |
| 232 | Copy of Kaufman House Financial Records for MH (redacted) | | | | |
| 233 | Original of July 27, 1993, Note from MH to Linda Kaufman | | | | |
| | | | | | |
| 250 | Copy of Hertzler Clinic Medical Records for KR (redacted) | | | | |
| 251 | Copy of July 1, 1999, Memorandum from Linda Kaufman to David Hon (redacted) | | | | |
| 252 | Copy of February 1996 Notes re: KR (redacted) | | | | |
| 253 | Original of Note by KR: "B has an envelope..." | | | | |
| 253A | Original of Note by KR: "Arlan- I talked to..." | | | | |
| 253B | Original of Note by KR: "Thurs. - B's choice..." | | | | |
| 253C | Original of Note by KR: "JM has been..." | | | | |
| 253D | Original of Note by KR: "While JA was here..." | | | | |
| 253E | Original of Note by KR: "While I was watching..." | | | | |
| 253F | Copy of Note by KR: "Arlan- While MH..." | | | | |
| 253G | Original of Note by KR: "Sat.  Arlan- I dug the..." | | | | |
| 253H | Original of September 13, 1995 Note by KR | | | | |
| 253I | Original of February 23, 1995 Note by KR | | | | |
| 253J | Original of February 13, 1996 Note by KR | | | | |
| 253K | Original of March 17, 1999 Note by KR | | | | |
| 253L | Original of May 27, 199 Note by KR | | | | |
| 253M | Original of June 29, 1999 Note by KR | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|----|
| 253N | Original of April, 1999 Note by KR | | | | |
| 253O | Copy of July 9, 2001 Note by KR (redacted) | | | | |
| 253P | Original of July 14, 2001 Note by KR | | | | |
| 253Q | Original of Note by KR: "Mon p.m. I met..." | | | | |
| 253R | Original of Note by KR: "Linda do you think..." | | | | |
| 253S | Original of Note by KR: "I have been filling..." | | | | |
| 253T | Original of Note by KR: "MH mailed..." | | | | |
| 253U | Original of Note by KR: "B asked me..." | | | | |
| 253V | Original of Note by KR: "Twice Fri. Night..." | | | | |
| 253W | Copy of Note by KR: "I saw MH...." | | | | |
| 253X | Copy of Note by KR: "Tues p.m. B got..." | | | | |
| 253Y | Copy of Note by KR: "I went out..." | | | | |
| 254 | Copy of Letter from KR to Judge Walker (redacted) | | | | |
| 255 | Copy of August 10, 2001, Letter from KR to Laura Lautt (redacted) | | | | |
| 256 | Copy of Response by KR to BSRB allegations (redacted) | | | | |
| 260 | Copy of Hertzler Clinic Medical Records for JA (redacted) | | | | |
| 261 | Copy of Behavior Modification Plan for JM (redacted) | | | | |
| 262 | Copy of February 2000 Social History and Progress Report for JJ (redacted) | | | | |
| 263 | Copy of December 28, 1999, Letter from Lee R and Lea R to Linda Kaufman (redacted) | | | | |
| 263A | Copy of March 27, 1995, Letter from Lee R and Lea R to Arlan Kaufman (redacted) | | | | |
| 263B | Copy of March 27, 1995, Letter from Lee R and Lea R to TR (redacted) | | | | |
| 263C | Copy of February 24, 1995, Notes from Telephone Call from Dr. Simmons re: TR (redacted) | | | | |
| 263D | Copy of February 24, 1995, Letter from Lee R and Lea R to Arlan Kaufman (redacted) | | | | |
| 263E | Copy of February 24, 1995, Letter from Lee R and Lea R  to Arlan Kaufman (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 263F | Copy of February 24, 1995, Letter from Lee R and Lea R to TR (redacted) | | | | |
| 263G | Copy of August 27, 1991, Letter from Lee R and Lea R to Arlan Kaufman (redacted) | | | | |
| 263H | Copy of December 30,1989, Letter from Lee R and Lea R to Arlan Kaufman (redacted) | | | | |
| 263I | Original of August 25, 1987, Letter from TR to Lee R and Lea R | | | | |
| | | | | | |
| 300 | Copy of December 23, 1980, Articles of Incorporation for the Kaufman House Residential Group | | | | |
| 301 | Original of Kaufman Residential Treatment Center Information Sheet | | | | |
| 302 | Original of "Kaufman House Financial Agreement" | | | | |
| 303 | Copy of February 19, 1993, "Group Meeting" (redacted) | | | | |
| 304 | Copy of May 13, 1996, "Showers in the Basement at 7th" (redacted) | | | | |
| 305 | Copy of August 2000 "Review of Dress Code Policy," signed by AG, BT, JM, MH, KR, JA (redacted) | | | | |
| 306 | Photographs of interior of residence – 7th Street | | | | |
| 307 | Photographs of interior of residence – 8th Street | | | | |
| 350 | Original of "The Right to Privacy" | | | | |
| 351 | Copy of May 1994 "Confidential Information – Who Has the Right to Know?" | | | | |
| 352 | Original of "Family for the Mentally or Emotionally Handicapped" | | | | |
| 353 | Copy of May 2000 Memorandum of Understanding, signed by JM, JA, MH, BT, KR, MO, AG, TR (redacted) | | | | |
| 354 | Copy of November 1999 Memo of Understanding, signed by MO, TR, KR, BT, JJ, MH, AG, JM (redacted) | | | | |
| 355 | Copy of "My Brothers' Keeper Limited Agreement" | | | | |
| 356 | Copy of May 13, 1991, Memo regarding problem behavior, signed by TR, KR, JJ, DB, PC, MH, AG, BT, PL, MO (redacted) | | | | |
| 357 | Original of June 1997 "Two Living Units- An Evaluation" | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 358 | Copy of document beginning "disgusting, sinful to be seen" | | | | |
| 359 | Copy of "Group Rules and Expected Behavior," signed by JA, KR, JM, BT (redacted) | | | | |
| 360 | Copy of December 16, 1988, "Aversion Therapy Agreement," signed by PL and Arlan Kaufman (redacted) | | | | |
| 361 | Copy of document beginning "in normal development, we learn . . ." | | | | |
| 362 | Copy of June 21, 1999, Note from TR to Linda Kaufman (redacted) | | | | |
| 363 | Copy of Notes dated January 19, 2004 -- "K reported incident" | | | | |
| | | | | | |
| 400 | Copy of "Permission to Photograph and Videotape and Publish Photographs and Videotapes" (redacted) | | | | |
| 401 | Copy of Letter from MH to Jim Cunningham (redacted) | | | | |
| 402 | Copy of "A Summer Farm Project," signed by MH, GC, KR, JM (redacted) | | | | |
| 403 | Copy of Memo from Arlan Kaufman to Residents at 7th & 8th Street, regarding a November trip to Orlando, Florida | | | | |
| 404 | Copy of "Warning: Nude People At Work- Don't Look" | | | | |
| 405 | Photograph taken by Butler County Sheriff's Deputies | | | | |
| 405A | Photograph taken by Butler County Sheriff's Deputies | | | | |
| 406 | Copy of February 17, 2000, "Our Statement," signed by KR, MH, JA, JM  (redacted) | | | | |
| 407 | Copy of Memo from Arlan Kaufman to the Librarian Coordinator, Cypress Cove regarding use of library November 15-21, 1998 | | | | |
| 408 | Copy of February 8, 1998, Memo from Arlan Kaufman, Linda Kaufman, and KR to Dot Purcell and the Volunteer Librarians of the American Nudist Research Library (redacted) | | | | |
| | | | | | |
| 425 | Original of "Statement of Membership in a Nude Therapy Group" | | | | |
| 426 | Copy of Sexual Maintenance Group Agreement signed by KR, BT, EW, JA (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 427 | Copy of March 22, 1990, Sexual Sharing Agreement by BT, JA, KR (redacted) | | | | |
| 428 | Copy of 1994/1995 Covenant Agreement Between MH, KR, and BT, signed by BT, MH, KR, (redacted) | | | | |
| 428A | Copy of 1994/1995 Covenant Agreement Between MH, KR, and BT, signed by MH, KR, BT (redacted) | | | | |
| 428B | Copy of 1994/1995 Covenant Agreement Between MH, KR, and BT, signed by KR, MH, BT (redacted) | | | | |
| 429 | Copy of 1995 Sexual Sensitivity Workshop, signed by BT (redacted) | | | | |
| 429A | Copy of 1994/1995 Sexual Sensitivity Workshop, signed by MH (redacted) | | | | |
| 429B | Copy of 1994/1995 Sexual Sensitivity Workshop, signed by KR (redacted) | | | | |
| 429C | Copy of 1994/1995 Sexual Sensitivity Workshop, signed by JM (redacted) | | | | |
| 430 | Copy of 1995 Massage Group, signed by BT (redacted) | | | | |
| 430A | Copy of 1994/1995 Massage Group, signed by MH (redacted) | | | | |
| 430B | Copy of 1994/1995 Massage Group, signed by KR (redacted) | | | | |
| 430C | Copy of 1995 Massage Group, signed by JM (redacted) | | | | |
| 431 | Copy of 1994/1995 Acceptable/Unacceptable Behavior Pertaining to Massage, signed by MH (redacted) | | | | |
| 431A | Copy of 1994/1995 Acceptable - Unacceptable Behavior Pertaining to Massage, signed by KR (redacted) | | | | |
| 431B | Copy of Acceptable - Unacceptable Behavior Pertaining to Massage, signed by JM (redacted) | | | | |
| 432 | Copy of Request Form to Participate in Clothing Optional Activities, signed by BT (redacted) | | | | |
| 432A | Copy of Request Form to Participate in Clothing Optional Activities, signed by KR (redacted) | | | | |
| 432B | Copy of Request Form to Participate in Clothing Optional Activities, signed by JJ (redacted) | | | | |
| 433 | Copy of November 2, 1990, Social Contract Need and Means Statement, signed by KR (redacted) | | | | |
| 433A | Copy of October 8, 1990, Social Need and Means Statement, signed by MH (redacted) | | | | |

| No. | Description | Id | Off | Ad | Witness |
|---|---|---|---|---|---|
| 433B | Copy of October 8, 1990, Modified January 3, 1991, Social Need and Means Statement, signed by MH (redacted) | | | | |
| 433C | Copy of November 20, 1990, Social Contract Need and Means Statement, signed by TR (redacted) | | | | |
| 434 | Copy of August 18, 1995, Special Sexuality Group, signed by MH | | | | |
| 435 | Copy of July 29, 1994, Tickling As Requested by MH, signed by BT, Arlan Kaufman, and Linda Kaufman | | | | |
| 436 | Original of July 20, 2001, Memo from Arlan Kaufman to residents AG, BT, GC, JA, JM, KR, MH, MO, TR | | | | |
| 437 | Original of August 2000 Statement on Levels of Familiarity or Intimacy | | | | |
| 438 | Original of "Sex for One Support Group" | | | | |
| 439 | Copy of "B commented on J" | | | | |
| 440 | Copy of "KR Reported he had" | | | | |
| 441 | Copy of October 19, 2001, Affidavit signed by JA, MH, GC, KR, JM (redacted) | | | | |
| 442 | Copy of March 7, 2002, Letter from Linda Kaufman to Dr. Hon (redacted) | | | | |
| 442A | Copy of March 8, 2002, Letter from Dr. Hon to Linda Kaufman | | | | |
| 443 | Copy of June 18, 2004, Memo from Arlan and Linda Kaufman to Dr. Hon (redacted) | | | | |
| 444 | Copy of February 9, 2000, Letter from KR, MH, JM, and JA to the President of NASW (redacted) | | | | |
| 444A | Copy of Letter from Arlan Kaufman to NASW Board Member | | | | |
| 500 | Photo of defendant Arlan Kaufman working on barn, nude | | | | |
| 501 | Photo of defendant Arlan Kaufman standing in river, nude | | | | |
| 502 | Photo of defendant Arlan Kaufman standing on beach, nude | | | | |
| 503 | Photo of defendant Linda Kaufman standing on beach, nude | | | | |
| 504 | Original Video **41.05** | | | | |
| 504A | VHS Copy of 41.05 | | | | |
| 504B | Digitized Video 41.05 | | | | |
| 505 | Original Video **38.02** | | | | |

| No. | Description | Id | Off | Ad | Witness |
|-----|-------------|----|----|----|---------|
| 505A | VHS Copy of Video 38.02 | | | | |
| 505 | Original Video **38.33** | | | | |
| 505A | VHS Copy of 38.33 | | | | |
| 506 | Original Video **38.34** | | | | |
| 506A | VHS Copy of 38.34 | | | | |
| 507 | Original Video **38.36** | | | | |
| 507A | VHS Copy of 38.36 | | | | |
| 508 | Original Video **38.37** | | | | |
| 508A | VHS Copy of 38.37 | | | | |
| 509 | Original Video **38.45** | | | | |
| 509A | VHS Copy of 38.45 | | | | |
| 600 | Sony Camcorder | | | | |
| 601 | Kodak Easy Share Camera | | | | |
| 602 | Cannon Rebel 2000 Camera | | | | |
| 603 | Hula Hoop | | | | |
| 604 | Packard Bell CPU | | | | |
| 605 | CTX-CPU | | | | |
| 606 | Magnovox Monitor | | | | |
| 607 | IBM Think Pad | | | | |
| 608 | E Machine CPU | | | | |
| 609 | Packard Bell/Legend 245 CPU | | | | |