## Potential Government Case-in-Chief Witnesses

Betty A

Audrey Aurenheimer

Harlan B

Joan Barrett

Janell Blaufuss

Robert Born, A.R.N.P.

Bonnie Buchele, Ph.D.

Janet Cagle

Dan Coney

Custodian of Records, including those for:

> American Nudist Research Library
> Bank of America (Nations Bank)
> Bank IV
> Commercial Federal Bank
> First Bank of Newton (Intrust Bank)
> World Savings Bank
> Halstead Hospital
> Hertzler Clinic
> New Horizons Mental Health Clinic
> Wichita Pyschiatric Consultants

Kathy DeHart

Lenora Duerksen

Leslie R. Earl, III

FBI Search Team Members, as needed

Ryan Filson

Lila G

Patricia Gerard

Brad Good

David Hall

Marilyn Hall

HHS-OIG Search Team Members, as needed

Brian Holt

R.E. Holtz

David Hon, M.D.

Lee H

Jessica Howe

NJ

Matthew John, M.D.

Mark Johnson

JJ

LK

Laura Lautt

Angela Lee, L.C.S.W.

Metta L

PL

Rebecca Martin

Mark Mathies

William McDaniel

JM

Phil McManigal

William Walter Menninger, M.D.

Rick Mormon

Craig Murphy

Nursing Board Representative

David O.

Pasty Person

Janice Phillips

Charles G. Pritchett

Jeff Richards

Jeanett Lynn Rickli

KR

Bertram R

Kathy Smith

Chris Straub

Priscilla Scott Thralls, M.S.W.

John Topham

Melissa Unruh

Paul Vacarro

T. Walton

Martin Wetzel, M.D.

Dan Whittacre

Florine W