FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'05 NOV -8 P 4:07

RALPH L. DELOACH
CLERK
BY ______, DEPUTY
AT WICHITA, KS.

**IN THE UNITED DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARLAN DEAN KAUFMAN and
LINDA JOYCE KAUFMAN,

Defendants.

**CRIMINAL ACTION**

No. 04-40141-01, 02

V E R D I C T

We the jury, duly impaneled and sworn, upon our oaths find the defendants **ARLAN DEAN KAUFMAN** and **LINDA JOYCE KAUFMAN**

1. GUILTY (circled) / NOT GUILTY as charged in Count 1 of the Indictment;

**[IF YOUR VERDICT ON COUNT 1 WAS "GUILTY," ANSWER THE SPECIAL QUESTIONS WHICH APPEAR ON THIS AND THE REMAINING PAGES OF THIS VERDICT FORM. THEN SIGN AND DATE THE VERDICT FORM. IF YOUR VERDICT WAS "NOT GUILTY," IT IS NOT NECESSARY TO COMPLETE THE REST OF THIS VERDICT FORM. YOU MUST, HOWEVER, SIGN THIS VERDICT FORM AND PROCEED TO THE VERDICT FORMS FOR THE REMAINING CHARGES AGAINST THE DEFENDANTS.]**

Identify which of the following crimes that you unanimously find the government has proven beyond a reasonable doubt that the defendants conspired to commit. If you cannot reach unanimous agreement that the defendants conspired to commit a particular crime listed below, leave the corresponding box blank:

| **Crime** | **YES** |
|---|---|
| Forced labor, as charged in Counts 2-3 | X |
| Involuntary servitude, as charged in Counts 4-6 | X |
| Healthcare fraud, as charged in Counts 7-22 | X |
| Mail fraud, as charged in Counts 23-27, 29, and 30 | X |
| Making a false representation and writing, as charged in Count 32 | |
| Obstructing a federal audit, as charged in Count 33 | X |

Identify any of the following "Overt Acts" you unanimously find that the government has proved beyond a reasonable doubt. The overt acts are alleged in paragraph 51 of the indictment. Paragraph 51(a) refers to the acts alleged in the remaining counts of the indictment; thus, your verdict as to Counts 2-27, 29, 30, 32, and 33 are sufficient to express your findings as to those overt acts. The following list refers to the overt acts alleged in paragraphs 51(b) through 51(r) of the indictment, which occurred on or after December 30, 1999. Please indicate your findings by placing an "X" in the corresponding box in the column labeled **"ARLAN KAUFMAN"** if you unanimously conclude that the government has proved beyond a reasonable doubt that **ARLAN KAUFMAN** committed the alleged overt act, and/or by placing an "X" in the corresponding box in the column labeled **"LINDA KAUFMAN"** if you unanimously conclude that the government has proved beyond a reasonable doubt that **LINDA KAUFMAN** committed the alleged overt act. If you cannot reach unanimous agreement as to a particular act and a particular defendant, leave that box blank.

| **Overt Acts alleged in the indictment, by paragraph** | **ARLAN KAUFMAN** | **LINDA KAUFMAN** |
|---|---|---|
| 51(l) | X | |
| 51(m) | X | |
| 51(p)(1) | X | X |
| 51(p)(2) | X | X |
| 51(p)(3) | X | X |
| 51(p)(4) | X | X |
| 51(q) | X | X |
| 51(r) | X | X |

November 7, 2005
Date

[signature]
Foreperson

NOTE: Circle the words "guilty" or "not guilty" to properly reflect your verdict.