U.S. DISTRICT COU
DISTRICT OF KANS
'05 NOV -8 P4

Question from Jury

04-40141

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States
Plaintiff(s),

vs.

Arlan Dean Kaufman and
Linda Joyce Kaufman
Defendant(s).

Case No. 04-40141-1, 2

QUESTION FROM THE JURY

YOUR HONOR,

Per Instruction #4: ① What is "reasonably near" the dates alleged. ② And near which date? - The dates in the indictment or The dates in the instructions? ③ Does the act, as a result of being compelled (involuntary servitude), needed to fall within the dates of the indictment or the instructions. This is reference to Counts 4+5 / Instructions 14+14A.

Dated at Wichita on November 4 2005
(Date)

Time: 11:30 a.m

SIGNATURE OF PRESIDING JUROR

November 4, 2005

Members of the Jury:

I have your note and have discussed it with counsel.

The term "reasonably near" in Instruction No. 4 applies to all counts of the Indictment. I cannot give you a more precise definition. However, if the dates of the offenses in the Indictment are different from the dates set forth in the instructions, then the dates in the instructions control and "reasonably near" applies to those dates. This is particularly the case with respect to Counts 4 and 5 and instructions 14, 14A and 14C. If a date range is given, the "act" must fall within the range.

MONTI L. BELOT
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA
Plaintiff(s),

vs. Case No. 04-40141-01, 02

Kaufmans Defendant(s).

QUESTION FROM THE JURY

YOUR HONOR,

If each of the elements are NOT satisfied in a Count, since the defendant cannot be found guilty, is it necessary to deliberate to a unanimous NOT GUILTY verdict?

Dated at Wichita on November 4, 2005
(Date)

Time: 4:05 pm

SIGNATURE OF PRESIDING JUROR

November 7, 2005

Members of the Jury:

I have your note and have discussed it with counsel.

I refer you to Instruction No. 52. That instruction tells you that your verdict must be unanimous. In other words, you must all agree in order to return a verdict, regardless of whether that verdict is "guilty" or "not guilty." In order to return a verdict of "guilty," you must all unanimously agree that the government has proved beyond a reasonable doubt each and every element of the offense charged in that particular count. In order to return a verdict of "not guilty," you need not unanimously agree that the government has failed to prove any particular element in that count, but you must unanimously agree that the government has failed to carry its burden of proving some element in that count.

Monti Belot

MONTI L. BELOT
UNITED STATES DISTRICT JUDGE

EXHIBIT
3
Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Kauffman's Plaintiff(s), | ) | |
| vs. | ) | Case No. 04-40141 |
| Govt. Defendant(s). | ) | |

QUESTION FROM THE JURY

YOUR HONOR,

How many more of these videos do we have to watch? I think we are all intelligent enough to get the idea.

Dated at Wichita on 10/13/05
(Date)

Time: 3:15pm

[signature]
SIGNATURE OF PRESIDING JUROR