# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MONTI L. BELOT**
**Judge**

**111 U.S. Courthouse**
**401 N. Market**
**Wichita, Kansas**
**67202**
**(316) 269-6519**

January 24, 2006

ALL COUNSEL OF RECORD and STEPHEN E. ROBISON

Re: United States v. Kaufman, No. 04-40141-01, 02

Dear Counsel:

In view of the fact that the sentencing hearing went until 8:30 p.m., it's just as well that the hearing on restitution was continued. I was hoping that defendants would waive their right to be present at a restitution hearing but since they declined to do so, time is of the essence so that once the institutions are designated, defendants can be transported.

The government has the burden with respect to restitution and since Mr. Kaufman, anyway, has indicated his disagreement with the restitution claims, I suppose evidence will have to be presented in one form or other. That will up to the government. Defendants will have the right to cross-examine any witness called with respect to restitution and I will hear the witnesses defendants choose to present. I will also hear defendants' testimony. I will not allow, however, long un-sworn statements of the type all of us endured yesterday. Under no circumstances will I allow Mr. Kaufman to read into the record his comments regarding restitution as set forth in his submission in the PSR.

With respect to the issue of forfeiture, it is my understanding that Steve Robison represents the children in connection with the government's efforts to forfeit the real estate. The preliminary order of forfeiture was filed on December 1 (Doc. 326) and as far as I can tell, the children have not filed petitions for a hearing to adjudicate the validity of their alleged interests in the properties. I'll leave that up to Steve Robison for now.

I've enclosed a memo prepared by one of my super-smart law clerks with respect to restitution and forfeiture issues. If you disagree with anything in the memo, please address it in a short trial brief prior to the hearing.

Very truly yours,

s/ Monti Belot

Monti L. Belot

MLB/sw

Enclosure

cc: Steve Kohman, USPO
Bryce Beckett, USPO